76 F.3d 372
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
George W. GANTT, Plaintiff-Appellant,
v.
Sewall SMITH, Warden; Assistant Warden Wilson; Lieutenant
Grant; Lieutenant Aulu; Sergeant Little; Sergeant
Cunningham; Jake Sutton; Sergeant Cocolough; Sergeant
Staten; Sergeant Pressbury; Boggs; M. Robinson; Emmanual
Nzeadighibe, Defendants-Appellees,
and
United States of America; Walter E. Black, Jr.; Joseph
Haas; Clara Gould; Kim Berger, Attorney, In their official
and individual capacities; Richard Lanham, Sr., Senior
Commissioner; Purnell, Chief of Security, Individually and
in their official capacities; Captain Porguese; Captain
Lee; Big Stewart; Little Stewart; Paul Knight; Andrews;
A. C.; Moby; Wallace; J. Joseph Curran, Jr.; Glenn Bell,
Assistant Attorney General, Individually and in their
official capacities, Defendants.
 No. 94-7303.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Jan. 18, 1996.
Decided: Feb. 5, 1996.
 
 George W. Gantt, Appellant Pro Se.
 John Joseph Curran, Jr., Attorney General, Audrey J.S. Carrion, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.
 Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 OPINION
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gantt v. Smith, No. CA-93-3765-PJM (D.Md. Oct. 27, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Judge Luttig would impose sanctions for abuse of the judicial process.
 
 AFFIRMED
 LUTTIG, Circuit Judge, concurring:
 
 2
 Appellant has filed thirty-two appeals in this court between September 26, 1991, and today. I would impose sanctions against Appellant for abuse of the judicial process.